**Order entered July 11, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00228-CR

**VICENTE RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-18106-U**

## ORDER

Before the Court is appellant's July 9, 2018 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief filed on or before August 8, 2018. We caution appellant that the failure to file his brief by that date may result in this appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(3).

/s/      LANA MYERS
               JUSTICE